# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0192. JONAH ADDIS v. CATAMOUNT PROPERTIES 2018, LLC.

In this dispossessory proceeding, the magistrate court issued a writ of possession against Jonah Addis in August 2023. Addis appealed to superior court, and that court entered a dismissal without prejudice for failure to prosecute on February 29, 2024. Addis filed the instant application on December 18, 2024. We lack jurisdiction.

Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Addis's application for discretionary review is untimely because it was filed 293 days after the order was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc.*, 311 Ga. App. at 335-336. Accordingly, the application for discretionary review is hereby

DISMISSED for lack of jurisdiction.  See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___01/07/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*